

# Fourth Court of Appeals
## San Antonio, Texas

February 19, 2015

No. 04-14-00615-CV

**IN RE ADAN VOLPE PROPERTIES, LTD.**,
Maricela Volpe, General Partner and Juan A. Gonzalez

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Sandee Bryan Marion, Chief Justice
               Karen Angelini, Justice
               Marialyn Barnard, Justice
               Rebeca C. Martinez, Justice
               Patricia O. Alvarez, Justice
               Luz Elena D. Chapa, Justice
               Jason Pulliam, Justice

The court has considered the motion for reconsideration en banc filed on behalf of the real party in interest on February 6, 2015, and the motion is DENIED.

It is so **ORDERED** on February 19, 2015.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2003-CVF-000414-D2, styled *Donato Volpe Jr. v. Adan Volpe Properties, Ltd. and Maricela Volpe, General Partner*, pending in the 111th Judicial District Court, Webb County, Texas, the Honorable Elma T. Salinas Ender presiding.